UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF MOUNTASSER MUAD HACHEM FOR ORDER UNDER 28 U.S.C. § 1782 | Case No. 24-mc-80272-KAW<br><br>**ORDER TO SERVE 28 U.S.C. § 1782 APPLICATION AND SETTING RESPONSE DEADLINE**<br><br>Re: Dkt. No. 1 |

Applicants Mountasser Muad Hachem applied ex parte for an order permitting discovery from Meta Platforms, Inc. for use in a foreign proceeding, pursuant to 28 U.S.C. § 1782.

On or before December 6, 2024, Applicants shall serve the ex parte application and this order on Respondent. Applicants shall file a certificate of service.

Then, on or before January 10, 2025, the respondents shall file a response to the application. The Court will then determine how to proceed.

IT IS SO ORDERED.

Dated: November 4, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge